## Hitchner v. Shoemaker, Appellant.

Argued October 21, 1920. Appeal, No. 62, Oct. T., 1920, by defendant, from judgment of Municipal Court of Philadelphia, Dec. T., 1918, No. 777, in favor of plaintiff in case tried by the court without jury in suit of F. C. Hitchner v. Samuel Shoemaker. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

OPINION BY TREXLER, J., March 5, 1921:

For the reasons set forth in opinion this day filed in Hitchner Wall Paper and Paint Company, a Corporation, v. Samuel Shoemaker, Appellant, 75 Pa. Superior Ct. 520, the judgment is affirmed.